UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         : Hon. Dickinson R. Debevoise

            v.                   : Criminal No. 10-543(DRD)

OMAR ARNOLD                      : <u>CONTINUANCE ORDER</u>


            This matter having come before the Court on the joint

application of Paul J. Fishman, United States Attorney for the

District of New Jersey (Frances C. Bajada, Assistant U.S.

Attorney, appearing), and defendant Omar Arnold (Peter M. Carter,

Assistant Federal Public Defender, appearing) for an order

granting a continuance of the proceedings in the above-captioned

matter for a period of approximately 90 days, and the defendant

being aware that he has the right to have the matter brought to

trial within 70 days of the date of his appearance before a

judicial officer of this Court pursuant to Title 18 of the United

States Code, Section 3161(c)(1), and as the defendant has

consented to such a continuance, and for good and sufficient

cause shown,

            IT IS THE FINDING OF THIS COURT that this action should

be continued for the following reasons:

            1.  Plea negotiations are currently in progress, and

both the United States and the defendant desire additional time

to finalize a plea agreement, which would render trial of this

matter unnecessary;

2.  Defendant has consented to the aforementioned continuance;

3.  Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this __14th__ day of October, 2010,

IT IS ORDERED that this action be, and hereby is, continued for a period of 90 days; and it is further

ORDERED that the period from and including November 9, 2010, through and including February 7, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7); and it is further

ORDERED that the calendar for this matter shall be revised as follows:

Motions: January 4, 2011

Opposition: January 18, 2011

Hearing: February 1, 2011

Trial: February 8, 2011

Peter M. Carter, Esq.
Counsel for Omar Arnold

HON. DICKINSON R. DEBEVOISE
United States District Judge