UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA              : Hon. Dickinson R. Debevoise

                v.                    : Criminal No. 10-543(DRD)

OMAR ARNOLD                           : <u>CONTINUANCE ORDER</u>

        This matter having come before the Court on the joint
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (Frances C. Bajada, Assistant U.S.
Attorney, appearing), and defendant Omar Arnold (Peter M. Carter,
Assistant Federal Public Defender, appearing) for an order
granting a continuance of the proceedings in the above-captioned
matter for a period of approximately 30 days, and the defendant
being aware that he has the right to have the matter brought to
trial within 70 days of the date of his appearance before a
judicial officer of this Court pursuant to Title 18 of the United
States Code, Section 3161(c)(1), and as the defendant has
consented to such a continuance, and for good and sufficient
cause shown,

        IT IS THE FINDING OF THIS COURT that this action should
be continued for the following reasons:

        1.   Plea negotiations are currently in progress, and
both the United States and the defendant desire additional time
to finalize a plea agreement, which would render trial of this
matter unnecessary;

2. Defendant has consented to the aforementioned continuance;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this _9th_ day of March, 2011,

IT IS ORDERED that this action be, and hereby is, continued for a period of approximately 30 days; and it is further

ORDERED that the period from the date of this Order through and including April 11, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7); and it is further

ORDERED that the calendar for this matter shall be revised as follows:

Motions: _March 18_ , 2011

Opposition: _March 30_ , 2011

Hearing: _April 4,_ , 2011  2:00 PM

Trial: _April 11,_ , 2011

_David A. Holman /for Peter Carter_
Peter M. Carter, Esq.
Counsel for Omar Arnold

_[signature]_
HON. DICKINSON R. DEBEVOISE
United States District Judge