UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Dickinson R. Debevoise

v. : Criminal No. 10-543(DRD)

OMAR ARNOLD : <u>CONTINUANCE ORDER</u>

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Frances C. Bajada, Assistant U.S. Attorney, appearing), and defendant Omar Arnold (Peter M. Carter, Assistant Federal Public Defender, appearing) for an order granting a continuance of the proceedings in the above-captioned matter for a period of approximately 130 days, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this Court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 8th day of April, 2011,

IT IS ORDERED that this action be, and hereby is, continued for a period of approximately 130 days; and it is further

ORDERED that the period from the date of this Order through and including August 16, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7); and it is further

ORDERED that the calendar for this matter shall be revised as follows:

Motions: May 27, 2011
Opposition: June 27, 2011
Hearing: July 18, 2011  2:00 P.M
Trial: August 16, 2011

_____
Peter M. Carter, Esq.
Counsel for Omar Arnold

_____
HON. DICKINSON R. DEBEVOISE
United States District Judge