PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Omar Arnold                                               Cr.: 10-00543-001
                                                                                                   PACTS #: 59107

Name of Sentencing Judicial Officer:   THE HONORABLE DICKINSON R. DEBEVOISE
                                                                SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/07/2011

Original Offense: 18:922G; UNLAWFUL TRANSPORT OF FIREARMS - ETC.

Original Sentence: 70 months imprisonment, 24 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Gang Associate/Member, Mental Health Treatment, DNA testing

Type of Supervision: Supervised Release                    Date Supervision Commenced: 08/14/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On January 26, 2016, Arnold submitted a drug test that yielded a positive result for marijuana and he admitted to marijuana use. |

U.S. Probation Officer Action:

Arnold is currently engaged in outpatient treatment at COPE Center and his progress will be monitored. Probation will present this document to Arnold as an official written reprimand from the Court. The act detailed within may be included in a violation report if the Probation Office deems fit and non-compliance continues.

Respectfully submitted,

*Amy J. Capozzolo/nm*

By: Amy J. Capozzolo
        U.S. Probation Officer
Date:  03/02/2016

Prob 12A – page 2
Omar Arnold

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☑ Probation will present this document to the offender as a formal written reprimand issued with the approval and under the authority of the United States District Court.

_____
Signature of Judicial Officer

_____3/14-16_____
Date